AO 456 (Rev. 5/85) Notice

# United States District Court
## *Southern District of Georgia*

UNITED STATES OF AMERICA

**NOTICE**

V.

JONATHAN LAMAR MANET
ZANABA R. MANET

CASE NUMBER:   CR218-36

---

TYPE OF CASE:        ☐ **CIVIL**        ☒ **CRIMINAL**

---

☒  TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Federal Courthouse<br>801 Gloucester Street<br>Brunswick, GA | Courtroom 1 |
| | DATE AND TIME<br>03/12/2019 at 9:00 am |

TYPE OF PROCEEDING

Jury Selection / Trial

---

☐   TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| | | |

---

Scott L. Poff

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

01/11/2019

DATE

s/ Whitney Sharp

(BY) DEPUTY CLERK

Phone No.   912-658-6667

To   Alan Tucker
     Adrienne Browning
     Karl Knoche
     USMS
     USPO
     CSO's

GAS Rev 2/5/02