UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                            Case No.: 2:18-CR-36

vs.

ZANABA MANET,

        Defendant.

**MOTION FOR TRAVEL FEBRUARY 10, 2019 to FEBRUARY 13, 2019**
_____

     The Defendant, Zanaba Manet, by and through the undersigned attorney, moves this Honorable Court, allow for her to travel February 10, 2019 to February 13, 2019 outside the Southern District of Georgia to resolve outstanding traffic tickets in California. The proposed travel schedule for Ms. Manet is as follows:

     1. Ms. Manet will leave Miami, Florida on the morning February 10th, 2019 and travel to California, where she will arrive on the afternoon of February 10th, 2019. While in California Ms. Manet will stay at 90 Sale Lane, Red Bluff, California.

     2. Ms. Manet is willing to keep her supervising probation officer apprised of her whereabouts and will follow the instructions of the court.

     3. Ms. Manet will leave California on Wednesday, February 13, 2019, and return to her home in Miami, Florida that evening.

WHEREFORE, the Defendant respectfully moves this Honorable Court for its Order granting travel permission as set forth above.

Respectfully submitted this 7th day of February, 2019.

/s/ Adrienne B. Browning
Adrienne B. Browning
Attorney for the Defendant
Georgia Bar No. 974637

ADRIENNE B. BROWNING, ATTORNEY AT LAW, P.C.
9 Saint Andrews Court, Suite 101
Brunswick, GA 31520
Tel:   (912) 580-3507
Fax: (912) 289-2448

CERTIFICATE OF SERVICE

    I hereby certify that on the 7th day of February, 2019, I served upon all parties a copy of the foregoing Motion to Travel as Counsel in accordance with the notice of electronic filing (NEF), which was generated as a result of electronic filing in this Court.

                                              /s/ Adrienne B. Browning
                                              Adrienne B. Browning
                                              Attorney for the Defendant
                                              Georgia Bar No. 974637

ADRIENNE B. BROWNING, ATTORNEY AT LAW, P.C.
9 Saint Andrews Court, Suite 101
Brunswick, GA 31520
Tel:   (912) 580-3507
Fax: (912) 289-2448