UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

---

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.                                    Case No.: 2:18-CR-36

ZANABA MANET,

        Defendant.

---

## MOTION TO WITHDRAW AS COUNSEL
_____

    COMES NOW, the Defendant, Zanaba Manet, ("Defendant") by and through the undersigned attorney, Adrienne Browning, and hereby moves this Honorable Court to allow the undersigned attorney to withdraw as counsel for the Defendant for the reason that Defendant wishes to fire Counsel and either have another Counsel appointed or be given adequate time to hire Counsel.

    WHEREFORE, the Defendant moves to allow the undersigned to withdraw as counsel of record and moves for appointment of new counsel herein.

    RESPECTFULLY SUBMITTED, this 7th day of February 2019.

                                                  /s/ Adrienne B. Browning
                                                Adrienne B. Browning
                                                Attorney for the Defendant
                                                Georgia Bar No. 974637

ADRIENNE B. BROWNING, ATTORNEY AT LAW, P.C.
9 Saint Andrews Court, Suite 101
Brunswick, GA 31520
Tel:   (912) 580-3507
Fax: (912) 289-2448

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February, 2018, I served upon all parties a copy of the foregoing Motion to Withdraw as Counsel in accordance with the notice of electronic filing (NEF), which was generated as a result of electronic filing in this Court.

/s/ Adrienne B. Browning

Adrienne B. Browning
Attorney for the Defendant
Georgia Bar No. 974637


ADRIENNE B. BROWNING, ATTORNEY AT LAW, P.C.
9 Saint Andrews Court, Suite 101
Brunswick, GA 31520
Tel:  (912) 580-3507
Fax: (912) 289-2448