IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
Scott L. Poff, Clerk
United States District Court
By staylor at 3:38 pm, Feb 08, 2019

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 218cr36 |
| ZANABA MANET, | |
| Defendant. | |

## ORDER

This matter is before the Court on Defendant Zanaba Manet's Motion for Travel February 10, 2019 through February 13, 2019. Doc. 53. After careful consideration, Ms. Manet's Motion for Travel, doc. 53, is **GRANTED**.

IT IS HEREBY ORDERED that Defendant is permitted to travel outside the Southern District of Georgia to resolve outstanding traffic tickets in California. Defendant is permitted to travel from her home in Miami, Florida the morning of February 10, 2019 and travel to California, arriving the afternoon of February 10, 2019. While in California, Ms. Manet will stay at 90 Sale Lane, Red Bluff, California. Ms. Manet will leave California on Wednesday, February 13, 2019 and return to her home in Miami, Florida that evening.

All other previous conditions of release are unaffected by this modification and are still in effect.

**SO ORDERED**, this 8th day of February, 2019.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA