## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

FILED
Scott L. Poff, Clerk
United States District Court

By staylor at 4:58 pm, Feb 15, 2019

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 218-cr-36 |
| ZANABA R. MANET, | |
| Defendant. | |

## ORDER

This matter is before the Court on Defendant's First Motion to Withdraw as Attorney by Adrienne B. Browning as to Defendant Zanaba R. Manet, doc. 54. The Court held an Attorney Inquiry Hearing on February 15, 2019. After hearing from the parties, and after consideration, and for good cause shown, the Court hereby **GRANTS** Adrienne Browning's Motion to Withdraw from the case.

**SO ORDERED**, this 15th day of February, 2019.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA