**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

FILED
Scott L. Poff, Clerk
United States District Court

By staylor at 10:27 am, Feb 22, 2019

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 2:18-cr-36 |
| JONATHAN LAMAR MANET and ZANABA R. MANET, | |
| Defendants. | |

## O R D E R

Defendants Jonathan Lamar Manet and Zanaba R. Manet mailed a document to the Court labeled "Motion to Suppress/Motion in Limine."  Doc. 60.  The Court has filed the document on the electronic docket in this case and has designated the document as a "Letter."  Id.  On February 21, 2019, the Government filed a Response to Defendants' "Letter," noting that under this District's Local Rules for the Administration of Criminal Cases, Rule 44.2, defendants in criminal matters who are represented by counsel are prohibited from filing any motion, brief, or other pro se document in the record of the case, except for a motion for the appointment of new counsel or a motion to proceed pro se.  Doc. 61.

Defendants in this case are represented by counsel.  Defendants' attempted filing is not a motion for the appointment of new counsel or a motion to proceed pro se.  Doc. 60.  Rather, the filing is an attempted request by Defendants, without the assistance of counsel, for the Court to exclude certain evidence.  Defendants' filing is not permissible under Rule 44.2 and will not be considered by the Court.  Only motions filed by counsel in this case and the motions described in Rule 44.2 will be considered by the Court.

**SO ORDERED**, this 22nd day of February, 2019.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA