AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>A Hewlett Packard HP 15-F233WM Laptop Computer,<br>Serial Number 5CD5442W50 Located at the Darien<br>Police Department, 1180 Coastal Drive SW, Darien, GA | )<br>)<br>)<br>)  Case No. CR 218-36<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Southern _____ District of _____ Georgia _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before *March 8, 2019* *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Hon. Christopher L. Ray _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   2/22/19  3:07 p.m.            *Christopher L. Ray*
                                                                       *Judge's signature*

City and state:      Savannah, Georgia                 Hon. Christopher L. Ray, U.S. Magistrate Judge
                                                                       *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>CR 2,18-36 | Date and time warrant executed:<br>March 4, 2019   2:30 PM | Copy of warrant and inventory left with:<br>Evidence |
| Inventory made in the presence of :<br>Tony Whaley , HSI | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Removable hard drive containing download fics
from HP Laptop Computer (Serial # 5CD5442W50).

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/6/19

                                        _____
                                           *Executing officer's signature*

                                        SA Rodney Holloway
                                         *Printed name and title*

## ATTACHMENT A

The property to be searched is a Hewlett Packard HP 15-F233WM laptop computer bearing serial number 5CD5442W50 hereafter referred to as the "Device." The Device is currently located at the Darien Police Department, 1180 Coastal Drive SW, Darien, Georgia.

This warrant authorizes the forensic examination of the Device to identify the electronically stored information described in Attachment B.

## ATTACHMENT B

1.      All records on the Device described in Attachment A that relate to violations of Title 21, United States Code, Section 841 (a)(1), and Title 18, United States Code, Section 1952(a)(3), including:

a.      Evidence of user attribution showing who used or owned the Device such as logs, phonebooks, saved usernames, passwords, documents, and browsing history;

b.      Correspondence including, but not limited to, electronic mail, chat logs, electronic documents and messages, describing or relating to the possession with intent to distribute, and distribution of controlled substances;

c.      Photographs, movies or other materials depicting the possession, and/or distribution of controlled substance;

d.      Records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

e.      Records evidencing the use of the devices to communicate with the internet, including records of Internet Protocol addresses used;

f.      Lists of customers and related identifying information;

g.      Types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

h.      Any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

i.      Any information recording suspects' schedule or travel;

j.      All bank records, checks, credit card bills, account information, and other financial records.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.