UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. CR218-36 |
| ) | |
| ZANABA R. MANET, ) | |
|     Defendant. ) | |

## MOTION FOR TEN DAY FURLOUGH

Defendant, ZANABA R. MANET, is set for a sentencing hearing on June 28, 2019, at 2:00 pm. and Defendant knows she will have to serve time in prison. Defendant moves this Honorable Court for a ten day furlough after sentencing and prior to her reporting to serve her sentence.

Defendant has four children of which two are special needs.  Defendant requires the furlough to get her affairs in order, such as, powers of attorney, school enrollments, living arrangements, and social security benefits for her children.

Defendant has always shown up for court and will report to prison as ordered.

Respectfully submitted this 23rd day of June, 2019.

/s/  James R. Newton
JAMES R. NEWTON
Attorney for Defendant
Georgia Bar No. 541777
155 Wood Crest Circle
Brunswick, GA 31525-6878
912-222-0760

FAX: 912-267-5731
j.r.newton@att.net

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

/s/  James R. Newton
JAMES R. NEWTON
Attorney for Defendant