FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 3:12 pm, Jul 01, 2020

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 218-036 |
| | ) | |
| ZANABA R. MANET | ) | |
| | ) | |

ORDER

Recognizing the sensitive nature of the information contained therein, and pursuant to the government's motion to seal Exhibits B and C to its response to defendant's motion for compassionate release, the government's motion is hereby GRANTED, and the Clerk is directed to SEAL Exhibits B and C, with access limited to the parties and the Court until further Order of this Court.

SO ORDERED this ___1___ day of July, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA