# United States District Court
# for the Southern District of Georgia
# Brunswick Division

FILED
John E. Triplett, Acting Clerk
United States District Court
By CAsbell at 2:33 pm, Aug 10, 2020

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CR 218-036 |
| ZANABA R. MANET, | |
| Defendant. | |

### ORDER

Before the Court is Defendant Zanaba Manet's motion for judicial recommendation, wherein she requests that she be placed in a residential re-entry center. Dkt. No. 130. Her motion is **DISMISSED**.

The Court does not have jurisdiction to modify Manet's sentence at this stage. United States v. Castra, 152 F. App'x 777, 780 (11th Cir. 2005). "The authority of a district court to modify an imprisonment sentence is narrowly limited by statute." United States v. Phillips, 597 F.3d 1190, 1194-95 (11th Cir. 2010); see also 18 U.S.C. § 3582(c). None of the statutory provisions apply to Manet: the Bureau of Prisons ("BOP") has not filed a motion asking for a reduction due to Murdock's age and circumstances, § 3582(c)(1)(A), the Government has not filed a Rule 35 motion, § 3582(c)(1)(B), Manet's advisory Guideline range has not been lowered by retroactive amendment, § 3582(c)(2), and the fourteen-day time limit for any

correction of the sentence due to "arithmetical, technical, or other clear error" has long passed, see Fed. R. Crim. P. 35(a).

After a district court sentences a federal offender, the BOP is responsible for administering the sentence. United States v. Wilson, 503 U.S. 329, 331 (1992); see also 18 U.S.C. § 3621. To the extent Manet is challenging the BOP's decision in that regard, her remedy is to file a petition pursuant to 28 U.S.C. § 2241. Antonelli v. Warden, U.S.P. Atlanta, 542 F.3d 1348, 1352 (11th Cir. 2008) ("[C]hallenges to the execution of a sentence, rather than the validity of the sentence itself, are properly brought under § 2241.").

Manet's motion is **DISMISSED**.

**SO ORDERED**, this  10  day of August, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA