FILED
John E. Triplett, Acting Clerk
United States District Court

*By Crobinson at 9:55 am, Nov 05, 2020*

# United States District Court
## for the Southern District of Georgia
## Brunswick Division

UNITED STATES OF AMERICA,

v.

ZANABA R. MANET,

      Defendant.

CR 218-036

### ORDER

Before the Court is Defendant Zanaba Manet's motion for "reconsideration" based upon her post-sentencing rehabilitation programming, wherein Manet requests a reduction in sentence. Dkt. No. 138. Her motion is **DISMISSED**.

While the Court commends Manet for her educational achievements and efforts toward rehabilitation since her incarceration, the Court does not have jurisdiction to modify Manet's sentence at this stage. United States v. Castra, 152 F. App'x 777, 780 (11th Cir. 2005). "The authority of a district court to modify an imprisonment sentence is narrowly limited by statute." United States v. Phillips, 597 F.3d 1190, 1194-95 (11th Cir. 2010); see also 18 U.S.C. § 3582(c). None of the statutory provisions apply to Manet: the Bureau of Prisons ("BOP") has not filed a motion asking for a reduction due to Manet's age and circumstances, § 3582(c)(1)(A), the Government has not filed a Rule 35 motion, § 3582(c)(1)(B), Manet's

advisory Guideline range has not been lowered by retroactive amendment, § 3582(c)(2), and the fourteen-day time limit for any correction of the sentence due to "arithmetical, technical, or other clear error" has long passed, see Fed. R. Crim. P. 35(a). Rehabilitation alone does not warrant early release.   See 28 U.S.C. § 994(t).

After a district court sentences a federal offender, the BOP is responsible for administering the sentence.   United States v. Wilson, 503 U.S. 329, 331 (1992); see also 18 U.S.C. § 3621.   To the extent Manet is challenging the BOP's decision in that regard, her remedy is to file a petition pursuant to 28 U.S.C. § 2241.   Antonelli v. Warden, U.S.P. Atlanta, 542 F.3d 1348, 1352 (11th Cir. 2008) ("[C]hallenges to the execution of a sentence, rather than the validity of the sentence itself, are properly brought under § 2241.").

Manet's motion is **DISMISSED**.

**SO ORDERED**, this __5__ day of November, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2