# In the United States District Court for the Southern District of Georgia Brunswick Division

UNITED STATES OF AMERICA,

v.

ZANABA R. MANET,

    Defendant.

CR 218-036-2

### ORDER

On August 10, 2020, the Court denied without prejudice Defendant Zanaba Manet's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A) for failure to exhaust administrative remedies. Dkt. Nos. 126, 135. On November 4, 2020, Manet filed a second motion for compassionate release, which the Court denied on the merits. Dkt. Nos. 140, 144. Manet appealed the Court's Order to the Eleventh Circuit Court of Appeals. Dkt. No. 145; see also United States v. Manet, No. 21-10290 (11th Cir. Jan. 27, 2021). While that appeal was still pending, Manet filed a renewed motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). Dkt. No. 148. Because of the pending appeal, the Court determined it lacked jurisdiction to rule upon Manet's latest motion. Dkt. No. 149. The Court did, however, issue an Indicative Order on Manet's renewed motion for compassionate release, concluding that the factors contained in 18 U.S.C. § 3553(a) factors weigh in favor of Manet serving the sentence

imposed. The Eleventh Circuit Court of Appeals having recently dismissed Manet's appeal, this Court now has jurisdiction to rule upon Manet's renewed motion for compassionate release.

For the reasons set out in the indicative ruling, dkt. no 149, the Court **DENIES** Manet's renewed motion for compassionate release on the merits, dkt. no. 148.

**SO ORDERED**, this 5 day of March, 2021.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA