# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CR 218-036-2 |
| ZANABA R. MANET, | |
| Defendant. | |

**ORDER**

Before the Court is Defendant Zanaba Manet's motion for early termination of supervised release, dkt. no. 172, to which the Government has filed no opposition. For the reasons below, Defendant's motion is **GRANTED**.

**BACKGROUND**

Pursuant to a written plea agreement, Defendant pleaded guilty to a lesser included offense of Count 1 of the Indictment, that is, possession with intent to distribute heroin, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C). Dkt. Nos. 90, 118. On June 28, 2019, the Court sentenced Defendant to fifty-one months' imprisonment, followed by three years of supervised release. Dkt. No. 118. The Court also imposed special conditions of supervision, as well as a $100 special assessment. Id.

On or about January 13, 2022, Defendant was released from Bureau of Prisons' custody and commenced her term of supervision.

Defendant has completed over twenty-nine months of her thirty-six-month term of supervision and now moves the Court for early termination of same. Dkt. No. 172.

In her motion, Defendant argues that since she began her term of supervision, she has been in full compliance with the terms thereof. <u>Id.</u> All of Defendant's drug screens have yielded negative results, and she has maintained both stable employment and stable housing. Defendant has also paid her special assessment in full. Finally, Defendant's motion is unopposed by the Government, as well as the United States Probation Office.

Under 18 U.S.C. § 3583(e)(1), a "court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and in the interests of justice."

The Court concludes that, after serving over three-quarters of her term of supervision, Defendant has satisfied the relevant § 3553(a) factors for early termination of supervised release. Importantly, Defendant has shown that she has taken full responsibility for her actions and has changed her life for the

better. Accordingly, Defendant's motion for early termination of supervision, dkt. no. 172, is **GRANTED**. Defendant's term of supervised release is hereby terminated.

    **SO ORDERED** this \_2\_ day of July, 2024.

                             _____
                             HON. LISA GODBEY WOOD, JUDGE
                             UNITED STATES DISTRICT COURT
                             SOUTHERN DISTRICT OF GEORGIA